No. 16. MEMPA *v.* RHAY, PENITENTIARY SUPERINTENDENT; and

No. 22. WALKLING *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Motion of National Legal Aid and Defender Association for leave to file a brief, as *amicus curiae,* granted. Motion in No. 22 to substitute Washington State Board of Prison Terms and Paroles in place of B. J. Rhay, Superintendent, Washington State Penitentiary, as the party respondent granted. *Patrick J. Hughes, Jr.,* for National Legal Aid and Defender Association, as *amicus curiae,* in both cases. *Evan L. Schwab* for petitioner, and *John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondent, on the motion in No. 22. [For earlier orders herein, see 386 U. S. 907, 953.]

No. 27. FEDERAL TRADE COMMISSION *v.* FRED MEYER, INC., ET AL. C. A. 9th Cir. (Certiorari granted, 386 U. S. 907.) Motion of Atlantic Coast Independent Distributors Association, Inc., for leave to file brief, as *amicus curiae,* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Morris B. Abram* on the motion. *Edward F. Howrey, Terrence C. Sheehy* and *George W. Mead* for respondents in opposition.

No. 49. NATIONAL LABOR RELATIONS BOARD *v.* FLEETWOOD TRAILER CO., INC. C. A. 9th Cir. (Certiorari granted, 386 U. S. 990.) Motion of American Federation of Labor & Congress of Industrial Organizations for leave to file brief, as *amicus curiae,* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *J. Albert Woll, Laurence Gold* and *Thomas E. Harris* on the motion.